1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10
11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj1042 |
| Plaintiff, | ) | |
| vs. | ) | **SUBSTITUTION OF ATTORNEY** |
| PANFILO ESQUIVEL (02), | ) | |
| Defendant. | ) | |

Attorney, ADAM M. RUBEN, 406 Ninth Avenue, Suite 311, San Diego, California, 92101, (619) 708-5093, is hereby retained as counsel of record for Defendant, LUIS ESQUIVEL, in place of _Stephen Lemish_, previous counsel.

DATED: 4-8-08                    _/s/ PANFILO ESQUIVEL_

DATED: 4/8/08                    _/s/ ADAM M. RUBEN_

08MJ1042