RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA

2008 APR 23  A 11: 13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08Mj1042 |
|---|---|---|
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Luis Esquivel, et al | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **DANA M. SABRAW**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Leonel Armas-Farias

DATED: 4-23-08

DANA M. SABRAW

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                 DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

L ODIERNO

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082